CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>David Sutherland Libuser DOB: 1992; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-04627MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii); 1324(a)(1)(B)(i); 1325; and 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about March 18, 2020, in the District of Arizona, **David Sutherland Libuser**, knowing or in reckless disregard that certain aliens, namely Juan Carlos Garcia-Martinez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about March 18, 2020, in the District of Arizona, **David Sutherland Libuser**, knowing that certain illegal aliens, Juan Carlos Garcia-Martinez, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist Juan Carlos Garcia-Martinez so that he would not be apprehended by law enforcement by transporting him in the vehicle that **David Sutherland Libuser** was driving; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3.**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 18, 2020, in the District of Arizona, in Douglas, United States Border Patrol Agents (BPA) did surveillance on the residence that the BPA had received information from on a previous date from the owner of an unoccupied residence that illegal aliens were hiding in the house. The BPA observed a tan 2003 Chevrolet Trailblazer pass by slowly appearing to be looking for a specific residence. The driver, later identified as **David Sutherland Libuser**, parked the Chevrolet Trialblazer directly in from of the BPA. The BPA was able to see that there was only one person in the vehicle. The BPA did a records check and the Chevrolet Trailblazer had only been registered that day. The BPA observed the Trailblazer back in to the driveway of the residence out of sight of the BPA and then drive away just a few minutes after backing into the driveway. The BPA requested an immigration inspection on the Trailblazer. The assisting BPA began following the Trailblazer. **Libuser** seemed to be aware that he was being followed. The BPA did an immigration inspection and was able to determine that passenger Juan Carlos Garcia-Martinez is a citizen of Mexico and he is in the U.S. illegally.

Material witness Juan Carlos Garcia-Martinez said he made arrangements to be smuggled into the United States for money. Garcia-Martinez said he crossed the border illegally.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Juan Carlos Garcia-Martinez

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/mh_____ | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA   Digitally signed by RICARDO ISLAVA<br>Date: 2020.03.19 12:16:33 -07'00'<br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent Ricardo H. Islava |

Sworn by telephone:  x  .

SIGNATURE OF MAGISTRATE JUDGE[1]  /s/ Maria S. Aguilera     DATE  March 19, 2020

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54